Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Frieda K. Zimmerman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 7 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAYDEE JEAN BAKER and BETH ANN HAYES,<br><br>Defendants. | 2:24-CR-8-TOR<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 1344(1) and (2)<br>Bank Fraud<br>(Counts 1-10)<br><br>18 U.S.C. § 982(a)(2)(A)<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

GENERAL ALLEGATIONS

1.   At all times relevant to this Indictment, Defendant KAYDEE JEAN BAKER was a resident of Thurston County, Washington.

2.   At all times relevant to this Indictment, Defendant BETH ANN HAYES was a resident of Thurston County, Washington.

3.   At all times relevant to this Indictment, Key Bank was a financial institution with accounts insured by the Federal Deposit Insurance Commission. At all times relevant to this Indictment Key Bank was headquartered in the Northern

INDICTMENT – 1

District of Ohio, and transacted business at bank branches that it maintained in the Eastern District of Washington.

4.  At all times relevant to this Indictment, Key Bank Account ending in 6599 was located in Airway Heights, in the Eastern District of Washington.

## The Scheme to Defraud

5.  Beginning on a date unknown but no later than May 20, 2023, and continuing to a date unknown but at least August 2, 2023, Defendants KAYDEE JEAN BAKER and BETH ANN HAYES knowingly devised and intended to devise a scheme to defraud Key Bank, a financial institution, and in order to obtain money under the custody and control of Key Bank, by means of materially false and fraudulent pretenses, representations, and promises.

## Manner and Means

6.  As part of this scheme, Defendants KAYDEE JEAN BAKER and BETH ANN HAYES ordered checks displaying a routing number and bank account number for a bank account that did not belong to them, but instead belonged to the Kalispel Tribe's Northern Quest Resort & Casino, Key Bank Account ending in 6599, causing the checks to be mailed to Defendants for the purpose of carrying out the scheme.

7.  During and as part of the execution of the fraudulent scheme, Defendants KAYDEE JEAN BAKER and BETH ANN HAYES then used the checks drawing from Key Bank Account ending in 6599, attempting to use the funds in that account for their own financial gain.

8.  On or about May 20, 2023, Defendant KAYDEE JEAN BAKER placed an order online with CarouselChecks.com. That order included personal checks in the name of Defendant BETH ANN HAYES and custom photo checks in the name

INDICTMENT – 2

of Defendant KAYDEE JEAN BAKER. The routing number and bank account number on both sets of checks ordered was for Key Bank account ending in 6599.

9. On or about May 23, 2023, the order was shipped to Defendant KAYDEE JEAN BAKER at a P.O. Box in Lacey, Washington. The P.O. Box on the order as the shipping address was also the address printed on both sets of checks.

10. On or about May 31, 2023, Defendant BETH ANN HAYES knowingly and without lawful authority wrote Check Number 900054, purporting to issue from Key Bank Account ending in 6599, to J.T. in the amount of $4,000.00. This check was presented to a financial institution for fulfillment on or about May 31, 2023.

11. On or about May 31, 2023, Defendant BETH ANN HAYES knowingly and without lawful authority wrote Check No. 900058, purporting to issue from Key Bank Account ending in 6599, to Les Schwab Tires in the amount $1,329.75. This check was presented to a financial institution for fulfillment on or about June 1, 2023.

12. On or about May 31, 2023, Defendant KAYDEE JEAN BAKER knowingly and without lawful authority wrote Check No. 660001, purporting to issue from Key Bank Account ending in 6599, to B.S. in the amount of $3,000.00. This check was presented to a financial institution for fulfillment on or about June 2, 2023.

13. On or about May 31, 2023, Defendant BETH ANN HAYES knowingly and without lawful authority wrote Check No. 900060, purporting to issue from Key Bank Account ending in 6599, to Harley Davidson in the amount of $1,043.25. This check was presented to a financial institution for fulfillment on or about June 5, 2023.

14. On or about May 31, 2023, Defendant BETH ANN HAYES knowingly and without lawful authority wrote Check No. 900061, purporting to issue from Key

INDICTMENT – 3

Bank Account ending in 6599, to Harley Davidson in the amount of $247.46. This check was presented to a financial institution for fulfillment on or about June 5, 2023.

15.    On or about June 2, 2023, Defendant BETH ANN HAYES knowingly and without lawful authority wrote Check No. 900009, purporting to issue from Key Bank Account ending in 6599, to G.K. in the amount of $1,500.00. This check was presented to a financial institution for fulfillment on or about June 14, 2023.

16.    On or about June 12, 2023, Defendant BETH ANN HAYES knowingly and without lawful authority wrote Check No. 900007, purporting to issue from Key Bank Account ending in 6599, to T.Z., in the amount of $200.00. This check was presented to a financial institution for fulfillment on or about June 22, 2023.

17.    On or about July 9, 2023, Defendant KAYDEE JEAN BAKER knowingly and without lawful authority wrote Check No. 660012, purporting to issue from Key Bank Account ending in 6599, to Y.A., in the amount of $7,500.00. This check was presented to a financial institution for fulfillment on or about July 11, 2023.

18.    On or about July 27, 2023, Defendant KAYDEE JEAN BAKER knowingly and without lawful authority wrote Check No. 660164, purporting to issue from Key Bank Account ending in 6599, to S.G., in the amount of $7,500.00. This check was presented to a financial institution for fulfillment on or about July 28, 2023.

19.    On or about August 2, 2023, Defendant KAYDEE JEAN BAKER knowingly and without lawful authority wrote Check No. 660174, purporting to issue from Key Bank Account ending in 6599, to A.V., in the amount of $4,800.00. This check was presented to a financial institution for fulfillment on or about August 3, 2023.

INDICTMENT – 4

## COUNTS 1 – 10

20. The allegations in paragraphs 1 through 19 of this Indictment are incorporated as through realleged herein.

21. Beginning on a date unknown but no later than May 20, 2023, and continuing to a date unknown but at least August 2, 2023, in the Eastern District of Washington and elsewhere, Defendants KAYDEE JEAN BAKER and BETH ANN HAYES, for the purpose of executing the scheme described above, knowingly executed and attempted to execute a scheme and artifice to defraud Key Bank, a financial institution, and Key Bank Account ending in 6599, an account located in the Eastern District of Washington, which scheme and artifice employed material falsehoods, and did knowingly, and with intent to defraud, and to obtain the money, assets, and property under the custody or control of the financial institution by means of materially false or fraudulent pretenses, representations, or promises, by fraudulently writing checks for an account to which they had no lawful authority, described below for each count, each execution of the scheme and artifice constituting a separate count:

| Count | Date | Check No. | Payee | Amount |
|---|---|---|---|---|
| 1 | May 31, 2022 | 900054 | J.T. | $4,000.00 |
| 2 | May 31, 2022 | 900058 | Les Schwab Tires | $1,329.75 |
| 3 | May 31, 2022 | 660001 | B.S. | $3,000.00 |
| 4 | May 31, 2022 | 900060 | Harley Davidson | $1,043.25 |
| 5 | May 31, 2022 | 900061 | Harley Davidson | $247.46 |
| 6 | June 2, 2023 | 900009 | G.K. | $1,500.00 |
| 7 | June 12, 2023 | 900007 | T.Z. | $200.00 |
| 8 | July 9, 2023 | 660012 | Y.A. | $7,500.00 |
| 9 | July 27, 2023 | 660164 | S.G. | $7,500.00 |
| 10 | August 2, 2023 | 660174 | A.V. | $4,800.00 |

INDICTMENT – 5

all in violation of 18 U.S.C. § 1344(1) and (2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated herein by this reference for the purpose of alleging forfeitures.

<u>Bank Fraud</u>

Pursuant to 18 U.S.C. § 982(a)(2)(A), upon conviction of an offense(s) in violation of 18 U.S.C. § 1344, Bank Fraud, as set forth in Counts 1 - 10 of this Indictment, the Defendants KAYDEE JEAN BAKER and BETH ANN HAYES, shall forfeit to the United States of America, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s). The property to be forfeited includes, but is not limited to:

<u>MONEY JUDGMENT</u>

A sum of money in United States currency representing the amount of proceeds obtained by the Defendants as a result of the bank fraud violations.

If any of the property described above, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c). All pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461(c).

INDICTMENT – 6

DATED this 17th day of January 2024.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Frieda K. Zimmerman*
Frieda K. Zimmerman
Assistant United States Attorney

INDICTMENT – 7